UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-23499-Civ-GRAHAM/TORRES

RAUL RODRIGUEZ,

    Plaintiff,

vs.

MIAMI FOLIAGE FORWARDERS, INC.,
STEVEN GONZALEZ,

    Defendants.
_____/

## ORDER ON DISCOVERY HEARING

This matter, having come before the Court at a discovery hearing on February 4, 2011, and the Court being duly advised in the premises, it is ORDERED AND ADJUDGED as follows:

Plaintiff may subpoena and depose the following deponents to occur within (10) days of the date of this order on a date agreed to between counsel: a) Leonel Gomez; b) Accountant Roberto Fernandez, Jermh Corporation, duces tecum regarding all accounting records and tax records in his and Jermh Corporation's possession, custody or control regarding MIAMI FOLIAGE FORWARDERS, INC., and STEVEN GONZALEZ for the year 2009, including all records/documents used to prepare tax returns for 2009 (including any extensions to file for 2009).

**DONE AND ORDERED** in Chambers in Miami-Dade, Florida, on this 16th day of February, 2011.

                                                                */s/ Edwin G. Torres*
                                                                EDWIN G. TORRES
                                                                United States Magistrate Judge